KAREN VAN DIJK, Bar No. 205460
Karen.VanDijk@bbklaw.com
JENNIFER C. BROWN, Bar No. 230181
Jennifer.brown@bbklaw.com
BEST BEST & KRIEGER LLP
5 Park Plaza
Suite 1500
Irvine, CA  92614
Telephone: (949) 263-2600
Telecopier: (949) 260-0972

JS-6

Attorneys for Defendant/Cross Claimant,
ORANGE COUNTY DEPARTMENT OF EDUCATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWPORT MESA UNIFIED SCHOOL DISTRICT,<br><br>   Plaintiff,<br><br>   v.<br><br>R.R., a minor, ORANGE COUNTY DEPARTMENT OF EDUCATION; CALIFORNIA DEPARTMENT OF EDUCATION, and DOES 1 through 10,<br><br>   Defendants. | Case No.  SACV09-0980 JVS (MLGx)<br><br>The Honorable James V. Selna<br>United States District Judge<br><br>**JUDGMENT**<br><br>Date:     May 3, 2010<br>Time:     3:00 p.m. |

ORANGE\KVANDIJK\68164.2

PROPOSED JUDGMENT
SACV090980 JVS (MLGx)

This action was heard by the Court on May 3, 2010, on the following Motions:

- Plaintiff Newport Mesa Unified School District's ("NMUSD") Motion for Summary Judgment;
- Defendant Orange County Department of Education's ("OCDE") Motion for Summary Judgment;
- Defendant R.R., *et al.'s* ("R.R.") Motion for Summary Judgment; and
- Defendant California Department of Education's ("CDE") Motion for Summary Judgment.

All parties appeared through counsel, as reflected by the record. The Court issued an order on May 3, 2010 GRANTING OCDE's Motion, GRANTING NMUSD's Motion, GRANTING R.R.'s Motion as to CDE, and DENYING CDE'S Motion.

In accordance with the Court's May 3, 2010 Order, the Court hereby ENTERS JUDGMENT as follows:

1) Judgment is entered in favor of NMUSD and OCDE, in favor of R.R. as to its claims against CDE only, and against CDE;

2) The Decision rendered by the administrative law judge at the June 2, 2009 hearing of the Office of Administrative Hearings ("OAH"), in Consolidated Case Nos. 2009010078 and 2009010529 ("Administrative Action") is hereby reversed, in part, with respect to its finding that NMUSD is responsible for implementing and funding R.R.'s education following her release from the Orangewood Children's Home ("Orangewood");

///
///

3) From March 9, 2007 through December 31, 2008, neither NMUSD nor OCDE had any obligation to implement or fund any portion of R.R.'s educational program, including her out-of-state residential placement at Excelsior;

4) CDE is the entity entirely responsible for implementing and funding R.R.'s educational program for the period of March 9, 2007 through December 31, 2008, including R.R.'s out-of-state residential placement at Excelsior;

5) CDE is ordered to reimburse OCDE in the amount of $30,633.46 for the educational costs that OCDE expended for R.R.'s educational program from March 9, 2007 through December 31, 2008;

6) NMUSD and OCDE are prevailing parties for purposes of the underlying administrative action and the instant appeal thereof;

7) R.R. is the prevailing party as to the sole issue of which entity was responsible for implementing and funding R.R.'s educational program for the period of March 9, 2007 through December 31, 2008 against CDE only for purposes of the underlying administrative action and the instant appeal thereof;

8) NMUSD, OCDE, and R.R. shall recover their reasonable costs of suit herein as against CDE;

9) This Court retains jurisdiction over the parties to the extent necessary to allow OCDE to obtain reimbursement from CDE, as described herein; and

///
///
///
///
///

10) This Court retains jurisdiction over the parties to the extent necessary to allow R.R. to obtain prevailing party attorney's fees from CDE pursuant to the Individuals with Disabilities Education Act for purposes of the underlying administrative action and the instant appeal hereof.

Dated: _June 02, 2010

By: _/s/ James V. Selna_
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE